377 A.2d 174

Commonwealth v. Horgan, Appellant.

Submitted November 8, 1976. Stanton D. Levenson, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.